August 14, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

NEERA PATIDAR AND AKBAR HOSSAIN, Appellants

NO. 14-13-00382-CV            V.

BANK OF AMERICA, N.A. AND FANNIE MAE A/K/A FEDERAL
NATIONAL MORTGAGE ASSOCIATION, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Bank of America, N.A. and Fannie Mae a/k/a Federal National Mortgage Association, signed March 27, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Neera Patidar and Akbar Hossain, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.